IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRIS CARR and CARR FOR GEORGIA, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> WBJ LEADERSHIP COMMITTEE, INC.; W. BURT JONES in his personal and official capacity as Lt. Governor of the State of Georgia; BURT JONES FOR GEORGIA, INC., <br><br> *Defendants*. | Civil Action No. _____ |

**EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Chris Carr and Carr for Georgia, Inc., pursuant to Fed. R. Civ. P. 65, hereby move on an emergency basis for a preliminary injunction barring Defendants from using Mr. Jones' leadership committee in an election against a candidate without access to a leadership committee.

In support of this motion, Plaintiffs rely on their Brief in Support of Motion for Preliminary Injunction and the attachments to that document.

Respectfully submitted this 7th day of August, 2025.

> */s/ Bryan P. Tyson*
> Bryan P. Tyson
> Georgia Bar No. 515411

btyson@clarkhill.com
**Clark Hill PLC**
3630 Peachtree Road NE
Suite 550
Atlanta, Georgia 30326
678.370.4377 (phone)

*Counsel for Plaintiffs*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Motion has been prepared in Book Antiqua 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson