## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CHRIS CARR and CARR FOR GEORGIA, INC., | |
| *Plaintiffs*, | |
| v. | Civil Action No. _____ |
| WBJ LEADERSHIP COMMITTEE, INC.; W. BURT JONES in his personal and official capacity as Lt. Governor of the State of Georgia; BURT JONES FOR GEORGIA, INC., | |
| *Defendants*. | |

## DECLARATION OF NEIL BITTING

Pursuant to 28 U.S.C. § 1746, I, NEIL BITTING, make the following declaration:

1.      I am over the age of 21 years and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

2.      I am currently the Campaign Manager for Carr for Georgia, Inc. I have held that position since November 2024.

3.      Mr. Carr is the Attorney General of the State of Georgia and announced he was running for Governor on November 21, 2024.

4.      Carr for Georgia, Inc., is Mr. Carr's registered campaign committee.

5.      W. Burt Jones is the Lt. Governor of Georgia and announced he was running for Governor on July 8, 2025.

6.      WBJ Leadership Committee is listed as Lt. Governor Jones' leadership committee by the Ethics Commission.

7.      Burt Jones for Georgia, Inc., is listed as Lt. Governor Jones' registered campaign committee by the Ethics Commission.

8.      Just before Mr. Jones announced he was running for Governor, he loaned his leadership committee a total of $10 million, as indicated in the June 30, 2025 report for that committee, attached as Ex. 1 to this Declaration.

9.      On the same report, Mr. Jones reported that his leadership committee also had more than $4 million in contributions from other sources, including funds raised during the 2025 legislative session.

10.     The funds raised during the session include tens of thousands of dollars from lobbyists and entities with lobbyists according to the filed reports for WBJ Leadership Committee.

    a.  For example, on March 17, 2025, three registered lobbyists gave a total of $30,000 to Mr. Jones' leadership committee.

    b.  On February 10, 2025, a company gave $100,000 to Mr. Jones' leadership committee.

c.  On February 13, 2025, another company gave $25,000 to Mr. Jones' leadership committee.

d.  On March 7, 2025, a CEO of a hospital network gave $15,000 to Mr. Jones' leadership committee.

11.  Each of these transactions is reported on Ex. 1.

12.  The total cash on hand reported for Mr. Jones' leadership committee on June 30, 2025 was over $14 million. Ex. 1.

13.  Following Mr. Jones' announcement of his campaign for Governor, he represented publicly that he had more than $14 million available to support his candidacy. Several news articles regarding Mr. Jones' statements, including his campaign's statement that he had over $14 million on hand to secure the Republican nomination, are attached as Ex. 2.

14.  Further, Mr. Jones' campaign committee began spending money on the same day as his announcement for Governor. Facebook records indicate the campaign committee began running an advertisement announcing his bid for Governor on July 8, 2025, the same day he announced. The Facebook ad records are attached as Ex. 3 and the ad is reflected on pages 7 and 8.

15.  Mr. Jones continued raising money for his leadership committee, sending out email solicitations and holding events specifically for his leadership committee in support of his gubernatorial campaign.

16.    A Facebook post from Rep. Alan Powell inviting individuals to a fundraiser to benefit Mr. Jones' leadership committee after his announcement for Governor is attached as Ex. 4.

17.    An invitation to a reception raising funds for Mr. Jones' leadership committee after his announcement for Governor at the Marietta Country Club is attached as Ex. 5.

18.    At the Marietta Country Club on the date of the fundraiser (July 16, 2025), the following sign was displayed in the hall, indicating that the event for the Leadership Committee was also an event in support of Mr. Jones' gubernatorial campaign:



19.     An email fundraising solicitation for Mr. Jones' leadership committee sent after his announcement for Governor is attached as Ex. 6.

20.     Mr. Jones appeared on Shelley Wynter's radio show on WSB on July 8, 2025 and stated that "we're gonna lead the pack in in fundraising, but **we're gonna have about $14.2 million cash on hand to get going with and, and, and we wanna thank all the donors from all across the state that helped us get to that number.** And, and we appreciate, because I can assure you that when people,

when people give you their hard, earned money and, and they did because they believe in you and they believe in what you do. And there's no, there's no greater feeling than than having somebody then trust you with something as big as as running for governor of the state of Georgia, absolutely." (Emphasis added.)

21.    Mr. Jones' actions have had a direct effect on Mr. Carr's fundraising, with donors raising questions about his campaign as a result of Mr. Jones' use of his leadership committee.

22.    Mr. Carr is not currently able to coordinate with any outside entity in support of his campaign for Governor without running afoul of statutory contribution limits.

23.    As a result, Mr. Jones has a significant advantage in his ability to communicate the messages he wishes to communicate to Georgia voters, due solely to the office he holds.

24.    Although both Mr. Jones and Mr. Carr are statewide elected officials, Attorney General Carr is not permitted to establish a leadership committee.

25.    The 2026 Republican gubernatorial primary is well underway, with only approximately nine more months in the campaign.

26.    While Mr. Carr will be prohibited by Georgia law from raising funds during approximately three months of that period due to the legislative session, Mr. Jones will face no such limitation with his leadership committee fundraising.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of August, 2025.

NEIL BITTING

# EXHIBIT 1

| CFC FORM CCDR<br>REV 4/12 | FILER ID: 196660 |
|---|---|

# State of Georgia
# Campaign Contribution Disclosure Report

| Report Type<br><br>**Original Report** | **Filing is being made on behalf of:**<br>Candidate or Public Official<br><br>**196660 -**<br>**WBJ Leadership Committee, Inc.** | **Filing Office Use**<br>**Only**<br>**_E-Filed on_**<br>**07/08/2025 03:02 PM** |
|---|---|---|

## Identifying and Contact Information

**Full Name:** WBJ Leadership Committee, Inc.

**Mailing Address:** PO Box 767, Jackson, GA 30233

**Contact Phone Number:** (912) 245-0212

**Email:** elizabeth@valleygreenconsulting.com

**Chairperson:** James M. Roth

**Treasurer:** Elizabeth Barton

**Reporting Period:** June 30th Campaign Contribution Disclosure Report - 06/30/2025

I, <u>Elizabeth Barton</u>, do hereby swear (or affirm) that the foregoing information is complete, true, and correct to the best of my knowledge and belief pursuant to O.C.G.A. §§ 21-5-1, et. seq.; and 16-10-20.

Elizabeth Barton
Electronic Signature

The electronic filing of this document constitutes an affirmation that the statement is true, complete, and correct. As per modifications ofGeorgialaw, filing a separate notarized affidavit is no longer required. See O.C.G.A. §§ 21-5-34.1 and 21-5-50.

## State of Georgia
## Campaign Contribution Disclosure Report
## Summary Report

### CONTRIBUTIONS RECEIVED

| | | In-Kind Estimated Value | Cash Amount |
|---|---|---|---|
| 1 | **I Have:** <br> **The following contributions, including Common Source, to report:** | | |
| 2 | Total contributions previously reported. | $3,200.00 | $2,827,034.52 |
| 3 | Total amount of all itemized contributions received in this reporting period which are listed on the "Itemized Contributions" page. | $20,549.60 | $1,824,413.10 |
| 3a | All loans received this reporting period. | | $10,000,000.00 |
| 3b | Interest earned on campaign account this reporting period. | | $0.00 |
| 3c | Total amount of investments sold this reporting period. | | $0.00 |
| 3d | Total amount of cash dividends and interest paid out this reporting period . | | $0.00 |
| 4 | Total amount of all separate contributions of $100.00 or less received in this reporting period and not listed on the "Itemized Contributions" page. <br> "Common Source" contributions must be aggregated on the "Itemized Contributions" page. | $0.00 | $15,328.55 |
| 5 | Total contributions reported this reporting period. <br> (Line 3 + 3a + 3b +3c + 3d + 4) | $20,549.60 | $11,839,741.65 |
| 6 | Total contributions to date. <br> (Line 2 + 5) | $23,749.60 | $14,666,776.17 |

### EXPENDITURES MADE

| | | In-Kind Estimated Value | Cash Amount |
|---|---|---|---|
| 7 | **I Have:** <br> **The following expenditures to report:** | | |
| 8 | Total expenditures made and reported prior to this reporting period. | $0.00 | $275,913.91 |
| 9 | Total amount of all itemized expenditures made in this reporting period which are listed on the "Itemized Expenditures" page. | $0.00 | $91,498.58 |
| 9a | Total amount of investments purchased this reporting period. | | $0.00 |
| 10 | Total amount of all separate expenditures of $100.00 or less each that were made in this reporting period and not listed on the "Itemized Expenditures" page. | $0.00 | $26.25 |
| 11 | Total expenditures reported this reporting period. <br> (Line 9 + 9a +10) | $0.00 | $91,524.83 |
| 12 | Total expenditures to date. <br> (Line 8 + 11) | $0.00 | $367,438.74 |

### INVESTMENTS

| | | | |
|---|---|---|---|
| 13 | Amount of investments at the beginning of this reporting period. | | $0.00 |
| 14 | Total amount of investments at the close of this reporting period. | | $0.00 |
| | | | |
| 15 | **Net Balance On Hand.** <br> (Line 6 - 12) | | $14,299,337.43 |

**CFC FORM CCDR**
**REV 4/12**

# State of Georgia
# Campaign Contribution Disclosure Report
# Outstanding Indebtedness

| Primary 2026 Indebtedness | | Amount |
|---|---|---|
| 1 | Outstanding indebtedness at the beginning of this reporting period. | $0.00 |
| 2 | Loans received this reporting period. | $10,000,000.00 |
| 3 | Payments made on loans this reporting period. | $0.00 |
| 4 | Credits received on loans this reporting period. | $0.00 |
| 5 | Total indebtedness at the close of this reporting period. (line 1 + 2 -3 -4) | $10,000,000.00 |

CFC FORM CCDR
REV 4/12

FILER ID: 196660

# State of Georgia
# Campaign Contribution Disclosure Report
# Itemized Contributions

**Contributor: Adams, Steve R., PO Box 624, Carrollton, GA 30112**

Employer: Verida, Inc. Occupation: President/CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 04/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $20,000.00 | |

**Contributor: Ag-Pro, PO BOX 95, BOSTON, GA 31626**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Albrecht, Chris, 5805 State Bridge Road, Ste G123, Duluth, GA 30097 -8220**

Employer: Double A Productions Occupation: Executive

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

**Contributor: American Chemistry Council, 700 2nd Street, Washington, DC 20002**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

**Contributor: Andrews, James J., 20 Mansell Court East, Suite 200, Roswell, GA 30076 -4814**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Andrews, James J., 20 Mansell Court East, Suite 200, Roswell, GA 30076 -4814**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $100,000.00 | |

**Contributor: AT&T Georgia Political Action Committee, 675 West Peachtree Street Nw, Room 36-024, Atlanta, GA 30308**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Atlanta Metro Studios LLC, 6010 Studio Way, Union City, GA 30291**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/05/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Barksdale, Augustus, 157 E Shore Drive, Americus, GA 31719 -8230**

Employer: TSG Resolute Occupation: CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/06/2025 | Monetary Itemized | 05/19/2026 | Primary | $4,164.06 | |

**Contributor: Barton, Thomas, 825 Fairways Court, Stockbridge, GA 30281 -7285**

Employer: Self Occupation: Attorney

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/06/2025 | Monetary Itemized | 05/19/2026 | Primary | $208.20 | |

**Contributor: Beach For Senate, 3100 Brierfield Rd, Alpharetta, GA 30004**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 04/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $50,000.00 | |

**Contributor: Benson, Faye J., 274 Roberts Point Road, Jackson, GA 30233 -4418**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $200.00 | |

**Contributor: Bierly, John R., 9317 Mountain Shade Drive, Chattanooga, TN 37421 -7420**

Employer: Southeast Eye Specialists Occupation: Physician

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

**Contributor: Billy Hickman for State Senate INC, PO Box 25, Statesboro, GA 30459**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/27/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Black, Carl, PO Box 222, Cleveland, GA 30528 -0004**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,500.00 | |

**Contributor: Blackhawk Construction Services, LLC, 950 Eagles Landing Parkway, Suite 310, Stockbridge, GA 30281 -7343**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $8,400.00 | |

**Contributor: Bowers, Robert E., 1205 Stuart Ridge, Alpharetta, GA 30022**

Employer: Piedmont Office Realty Trust Occupation: EVP

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Bowers, Robert E., 1205 Stuart Ridge, Alpharetta, GA 30022**

Employer: Piedmont Office Realty Trust Occupation: EVP

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/14/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Bradley, David C., 1081 Quail Ridge Way, Greensboro, GA 30642**

Employer: Lake Oconee Dentistry, PC Occupation: Dentist

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,180.00 | |

Contributor: **Brent Scarbrough & Company, Inc., 45 E Aviation Way, Newnan, GA 30263**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/10/2025 | Monetary Itemized | 05/19/2026 | Primary | $100,000.00 | |

Contributor: **Brown, Lisa, 1761 Amphora Drive, Hoschton, GA 30548 -8305**

Employer: Doyle HCM Occupation: Financial Accounting Specialist

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Bruno, Marie, 1260 Beverly Drive, Athens, GA 30606 -7606**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $300.00 | |

Contributor: **Budd, Charlene, 4910 Adler Court, Hoschton, GA 30548**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Bullard, Steve C., PO Box 870189, Morrow, GA 30287**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

Contributor: **Calhoun III, Paul W., 505 Kissingbower Road, Vidalia, GA 30474 -5402**

Employer: Self Occupation: Attorney

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Callaway, Frank T., 250 Woodchase Close, Atlanta, GA 30319 -4300**

Employer: Self Occupation: Attorney

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

Contributor: **Cannon, Chris, 1208 Blaylock St, Albany, GA 31705**

Employer: Flint Equipment Co Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,602.54 | |

Contributor: **Capital City Public Affairs, LLC, 3535 Peachtree Road, Suite 520-348, Atlanta, GA 30326 -3292**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Cartel Properties Inc, 416 E Paces Ferry Road, Atlanta, GA 30305 -3317**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $3,000.00 | |

Contributor: **Cato, Thomas S., 2601 GA Highway 130 E, Vidalia, GA 30474 -8112**

Employer: Cintas Corporation Occupation: General Manager

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

Contributor: **Chandler, Robert, 3078 Calhoun Falls Hwy, Elberton, GA 30635**

Employer: Pinnacle Bank Occupation: Banker

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/14/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

Contributor: **Chandler, Robert, 3078 Calhoun Falls Hwy, Elberton, GA 30635**

Employer: Pinnacle Bank Occupation: Banker

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

Contributor: **Charleston Dream Investments, 5565 Glenridge Connector, Suite 575, Atlanta, GA 30342 -4756**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $25,000.00 | |

Contributor: **Cheeley, Bob, 2500, Old Milton Parkway, Alpharetta, GA 30009**

Employer: Cheeley Law Group Occupation: Attorney

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

Contributor: **Chester, David B., PO Box 1473, Gainesville, GA 30503**

Employer: Wilheit Packaging Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Cinema Atlanta LLC, 175 Lakewood Way, Atlanta, GA 30315 -6014**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,500.00 | |

Contributor: **Committee of Automobile Retail Dealers of Georgia, 2060 Powers Ferry Rd SE, Atlanta, GA 30339**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Committee To Elect Lee Anderson, 160 Louisville Rd, Grovetown, GA 30813**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

Contributor: **Competitive Georgia Action Inc., 600 Peachtree Street, Suite 3000, Atlanta, GA 30308 -2305**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $50,000.00 | |

Contributor: **Contineo Group, LLC, 755 Commerce Drive, Decatur, GA 30030**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/14/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

Contributor: **Cox, Bill, 4720 Pounds Court, Tucker, GA 30084 -2939**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

Contributor: **Cox, Bill, 4720 Pounds Court, Tucker, GA 30084 -2939**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $10.00 | |

Contributor: **Cox III, Cader B., 11835 Riverview Road, Camilla, GA 31730**

Employer: Riverview Plantation Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Crimmins, Ryan, 207 W Brow Oval, Lookout Mountain, TN 37350 -1306**

Employer: Lawson Electric Occupation: President

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **D & L Evans Family Ltd Partnership, 333 Child Road, Rome, GA 30161**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Dale Massey Insurance Agency Inc., 4605 Roswell Road, Atlanta, GA 30342**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

**Contributor: Davis, Robert, 2824 Belaire Circle, Atlanta, GA 30340 -3216**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/11/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

**Contributor: Davis, Robert, 2824 Belaire Circle, Atlanta, GA 30340 -3216**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/04/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

**Contributor: DC Blox Parent, LLC, 1040 Crown Pointe Parkway, Suite 800, Atlanta, GA 30338**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/19/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Deal Riley & Associates, 1660 Palmer Drive AA7, Gainesville, GA 30501**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/11/2025 | In-Kind | 05/19/2026 | Primary | Est. Value: $1,000.00 | Pilot services for 1/29 flight (PDK>HEF) |

**Contributor: DeFrancis, Steven, 3424 Peachtree Road, Atlanta, GA 30326 -1121**

Employer: Cortland Occupation: CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

**Contributor: Denmark Ashby LLC, 100 Hartsfield Center Parkway, Ste 400, Atlanta, GA 30354 -1370**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,000.00 | |

**Contributor: Densmore, Alan P., 4525 New Liberty Road, Clarkesville, GA 30523**

Employer: Alan Densmore, Inc. Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

**Contributor: Dixon, Wendell, 702 Adams Street, Vidalia, GA 30474**

Employer: Peoples Bank Occupation: CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|

| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

**Contributor: Dixon, Wendell, 702 Adams Street, Vidalia, GA 30474**

Employer: Peoples Bank Occupation: CEO

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

**Contributor: Earnhart, Don, PO Box 715, Jackson, GA 30233**

Employer: WJGA Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

**Contributor: Eberhardt, Guy B., PO Box 6313, Macon, GA 31208 -6313**

Employer: Coldwell Banker Occupation: Commercial Real Estate

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

**Contributor: Edge IV, Arthur B., 118 Pickens Drive, Newnan, GA 30263**

Employer: GeorgiaLink Public Affairs Group Occupation: Government Affairs

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 03/17/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Edwards, John, PO Box 410, Zebulon, GA 30295**

Employer: United Bank Occupation: Banker

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/04/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

**Contributor: Embry Sr., Terrell, 185 Wesley Chapel Road, Eatonton, GA 31024**

Employer: Embry Farm Service, LLC Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

**Contributor: Evans, Jennifer U., PO Box 1822, Vidalia, GA 30475**

Employer: City of Vidalia Occupation: City Council

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

**Contributor: Evans, Kevin C., 351 Ravenwood Drive, Rome, GA 30161 -3546**

Employer: Evans Construction Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Evans Sr., Richard, 3050 Northwinds Parkway, Alpharetta, GA 30009 -2586**

Employer: Evans General Contractors Occupation: Chairman/Founder

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Fears, Joyce L., 580 Briarcliff Road, Jackson, GA 30233**

Employer: Pierce Pharmacy Occupation: Pharmacist

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

**Contributor: Flint River Roofing, LLC, 408 Rising Star Road, Brooks, GA 30205 -1516**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,100.00 | |

**Contributor: Flint-Mel Inc., 1909 Bill Murdock Road, Marietta, GA 30062 -5347**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

**Contributor: Flintstone Pharmacy LLC, PO Box 307, Flintstone, GA 30725**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,250.00 | |

**Contributor: Four Boys Holdings, LLC, 9481 Highway 11, Trenton, GA 30752 -4617**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

**Contributor: Freeman Jr., Marion R., 2088 Highway 19 South, Dublin, GA 31021**

Employer: Freeman Daniel Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/18/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

**Contributor: Friends Of Greg Dolezal, 5430 Travis Ct, Cumming, GA 30040**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/05/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Friends Of Shelly Echols, 7132 Sloan Stephens Rd, Alto, GA 30510**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

**Contributor: Fuller, Kate, 621 Frontier Bluff Road, Lookout Mountain, GA 30750 -4160**

Employer: Self Occupation: Business Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

**Contributor: GA Alliance PAC, Inc., 602 Grassmeade Way, Snellville, GA 30078**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

Contributor: **Gass, Chuck, PO Box 972, Ringgold, GA 30736**

Employer: Price Ringgold Drug Co. Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Geary III, John W., 1128 West Paces Ferry Road, Atlanta, GA 30327 -2302**

Employer: Force Retail Inc. Occupation: CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Georgia AgPAC, Inc., PO Box 119, Commerce, GA 30529**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/15/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Georgia Entertainment Company LLC, 6507 Ferguson Street Ste 102, Indianapolis, IN 46220 -0019**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $8,400.00 | |

Contributor: **Georgia Health Care Association Political Action Committee, 160 Country Club Dr, Stockbridge, GA 30281**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

Contributor: **Georgia Public Affairs LLC, PO Box 78602, Atlanta, GA 30357**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $20,000.00 | |

Contributor: **Gillis Jr., Hugh, 176 GA Highway 227, Soperton, GA 30457 -6228**

Employer: Gillis Ag & Timber Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

Contributor: **Gipson, Laurie E., 4124 Club Drive, Atlanta, GA 30319 -1116**

Employer: Cherokee Town & Country Club Occupation: Fitness Instructor

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Glaser, Kevin, 109 Witherspoon Road, Athens, GA 30606**

Employer: Bearing Partners, LLC Occupation: Partner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

Contributor: **Goodman, Russ, 9677 Frank Sessoms Memorial Highway, Homerville, GA 31634**

Employer: Cogdell Berry Farm Occupation: Farmer

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,410.16 | |

Contributor: **Grantham, L D, 1050 School House Springs, Greensboro, GA 30642 -6836**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $50.00 | |

Contributor: **Grantham, L D, 1050 School House Springs, Greensboro, GA 30642 -6836**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $60.00 | |

Contributor: **Great Southern Outdoors, PO Box 1888, Waycross, GA 31502**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $4,000.00 | |

Contributor: **H Groves Law, LLC, 3005 Peachtree Road, Unit 1202, Atlanta, GA 30305 -2581**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,000.00 | |

Contributor: **Hall, Ben, 217 Earlwood Drive, Dublin, GA 31021**

Employer: Dublin Construction Co., Inc. Occupation: CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Hancock, Clint, 1106 S Harris Street, Sandersville, GA 31082 -6904**

Employer: Jet Food Stores Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

Contributor: **Hand, Stephanie, PO Box 922, Bay Springs, MS 39422**

Employer: Chickamauga Telephone Corporation Occupation: Accountant

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,041.02 | |

Contributor: **Hanna, David, 4730 Harris Trail, Atlanta, GA 30327**

Employer: Atlanticus Holdings Occupation: Chairman

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/19/2025 | Monetary Itemized | 05/19/2026 | Primary | $8,400.00 | |

Contributor: **Hardman, James D., 3244 Dunlap Drive, Gainesville, GA 30506**

Employer: Jim Hardman Buick GMC Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $20,000.00 | |

Contributor: **Harrison, Nancy, 5479 Northwoods Road, Clermont, GA 30527 -1936**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $200.00 | |

Contributor: **Havenwood Grading And Pipeline, LLC, 235 Corporate Center Drive, Ste 100, Stockbridge, GA 30281 -6309**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $100,000.00 | |

Contributor: **Hennessy, Mark W., 4272 Garmon Road, Atlanta, GA 30327 -3834**

Employer: Hennessy Auto Group Occupation: CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/23/2025 | Monetary Itemized | 05/19/2026 | Primary | $25,000.00 | |

Contributor: **Herbert, James C., 183 Buttrill Court, Jackson, GA 30233 -5457**

Employer: Butts County Historic Properties, Inc. Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

Contributor: **Herbert, James C., 183 Buttrill Court, Jackson, GA 30233 -5457**

Employer: Butts County Historic Properties, Inc. Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

Contributor: **Hickman, Jo Ann, 103 Turkey Trail, Statesboro, GA 30458**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Hogan, Charles A., PO Box 49820, Athens, GA 30604 -0820**

Employer: The CloverLeaf Group LLC Occupation: Commercial Construction/Real Estate

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $26,025.40 | |

Contributor: **Hogg, Spencer, 777 Simmons Street Apt 6, Trion, GA 30753 -1261**

Employer: Northwest Georgia Joint Development Authority Occupation: President/CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Hopkins, Tommy, 250 Idle Hour Drive, Macon, GA 31210 -4702**

Employer: Self Occupation: Orthopedic Surgeon

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/11/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Horton, William Duane, 1715 Oakbrook Trail, Ooltewah, TN 37363**

Employer: Scenic Land Company LLC Occupation: President

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Houts, Seth, PO Box 1167, Trenton, GA 30752 -1167**

Employer: Bank of Dade Occupation: VP

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $104.10 | |

Contributor: **Hudgins, John Robert, 140 Oakmont Court, Winterville, GA 30683 -2112**

Employer: Elite Realty Services Inc. Occupation: CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $200.00 | |

Contributor: **Independent Insurance Agents Ga-GA IPAC Account, 4555 Mansell Rd, Ste 300, Alpharetta, GA 30022 -8219**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **J.W. Whitfield Consulting LLC, 63 Chaumont Square, Atlanta, GA 30327**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

Contributor: **Jason T. Ridley Campaign Account, 7655 HIghway 255 N, Chatsworth, GA 30705**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Johnny Vines, P.C., PO Box 1422, Metter, GA 30439 -4584**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Jones, Anthony, PO Box 469, Summerville, GA 30747 -0469**

Employer: Flegal Insurance Occupation: VP

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $150.00 | |

Contributor: **Jones, Tim, 131 Tyler Court, Eatonton, GA 31024 -5738**

Employer: Self Occupation: Self

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/17/2025 | In-Kind | 05/19/2026 | Primary | Est. Value: $4,200.00 | Flight Services - Jackson, GA > St. Simons Island, GA |

Contributor: **Jordan III, Charles M., 313 Maple Drive, Vidalia, GA 30474 -8908**

Employer: Ashford Advisors Occupation: Financial Advisor

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

Contributor: **JP Nichols Construction, LLC, 2170 Greenleffe Drive, Statham, GA 30666 -3622**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

Contributor: **K K Enterprise, 800 North Main Street, La Fayette, GA 30728**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

Contributor: **K S Harvesters, Inc., PO Box 2780, Vidalia, GA 30475 -2780**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $3,000.00 | |

Contributor: **Keadle, Steve, 205 THOMAS STREET, THOMASTON, GA 30286**

Employer: KLC Occupation: Timber

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/04/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Keller, Robert S., 6898 Bell Court, Rex, GA 30273 -2482**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 04/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

Contributor: **Keller, Robert S., 6898 Bell Court, Rex, GA 30273 -2482**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

Contributor: **Kristin National, Inc., 3566 Lawrenceville Highway, Tucker, GA 30084**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

**Contributor: K-VA-T Food Stores, Inc., PO Box 1158, Abingdon, VA 24212 -1158**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

**Contributor: Laughridge, Matt, 279 Peeples Valley Rd Se, Cartersville, GA 30121**

Employer: Terry Reid Group Occupation: Self

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/28/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

**Contributor: Leebern III, Donald M., 100 Georgia Crown Drive, McDonough, GA 30253**

Employer: Georgia Crown Distributing Company Occupation: Beverage Distribution

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 04/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $50,000.00 | |

**Contributor: Legacy Five Investments Unlimited LLC, 2200 Keys Ferry Court, McDonough, GA 30253**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $25,000.00 | |

**Contributor: Legacy Group Of Georgia, 861 Wayland Court, Smyrna, GA 30080 -1815**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $4,200.00 | |

**Contributor: Levans, Johnny, 111 Levans Road, Temple, GA 30179 -4636**

Employer: Self Occupation: Farmer

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $200.00 | |

**Contributor: Lewis, Walter J., 20 Hastings Drive, Cartersville, GA 30120**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $40,000.00 | |

**Contributor: Lowe, Gayle, 505 Hames Road, Marietta, GA 30060 -1039**

Employer: D & L HEATING AND AIR, INC. Occupation: CFO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

**Contributor: Lowe, Thomas M., 120 Yacht Club Drive, Saint Simons Island, GA 31522 -2295**

Employer: The Lowe Corporation Occupation: CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Malone Sr., William K., PO Box 932, Jackson, GA 30233 -0020**

Employer: Hamilton State Bank Occupation: EVP

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Mangum, Myldred H., 416 North Jefferson Avenue, Eatonton, GA 31024 -1336**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Mark"s USed Cars, PO Box 146, Menlo, GA 30731 -0146**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $400.00 | |

Contributor: **Marquess, Jonathan G., 15 Allatoona Trace Drive, Acworth, GA 30102**

Employer: The Institute for Wellness and Education, Inc. Occupation: President/CEO

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Marr, Michael, 4631 Powers Ferry Road, Atlanta, GA 30327**

Employer: Marr Law Firm Occupation: Attorney

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 05/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $25,000.00 | |

Contributor: **Martin, John S., 250 Park Avenue West, Unit 704, Atlanta, GA 30313**

Employer: GeorgiaLink Public Affairs Group Occupation: Founder

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 03/17/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

Contributor: **Masterson, R. Scott, 600 Peachtree Street, Ste 4700, Atlanta, GA 30308 -2343**

Employer: Lewis Brisbois Bisgaard & Smith LLC Occupation: Attorney

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

Contributor: **Matt Brass For State Senate, PO Box 1313, Newnan, GA 30264**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/24/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

Contributor: **Max Burns For State Senate, 5417 Newington Hwy, Sylvania, GA 30467**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **McAfee, Edward, 3235 Cains Hill Place, Atlanta, GA 30305**

Employer: McAfee Law Firm LLC Occupation: Attorney

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,000.00 | |

Contributor: **McWhorter, Aaron, 1490 Black Dirt Road, Whitesburg, GA 30185**

Employer: North Georgia Turf Occupation: President

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 03/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Meeks, Jon Scott, 245 Ward Street, Douglas, GA 31533**

Employer: The Medicine Cabinet Pharmacy Occupation: Pharmacist/Owner

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Midnight Rider Consulting LLC, PO Box 979, Chickamauga, GA 30707**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,000.00 | |

Contributor: **Midnight Rider Consulting LLC, PO Box 979, Chickamauga, GA 30707**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Miller, David A., One 7th Street Unit 801, Augusta, GA 30901**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

Contributor: **Millner, Guy, 3640 Tuxedo Road NW, Atlanta, GA 30305**

Employer: AssuranceAmerica Occupation: Executive Chairman

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/10/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

Contributor: **Morris, Greg, 1021 JR Rollins Road, Vidalia, GA 30474 -9455**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Motorola Solutions, Inc. Political Action Committee, 601 Pennsylvania Ave NW, Ste 675, Washington, DC 20004 -2601**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,000.00 | |

Contributor: **Mullis, Teresa A., PO Box 979, Chickamauga, GA 30707**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Newton, Joseph W., 1810 Park Colony Drive, Norcross, GA 30093**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $150.00 | |

Contributor: **Newton, Joseph W., 1810 Park Colony Drive, Norcross, GA 30093**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $300.00 | |

Contributor: **Noles, Shirley M., 101 Pancras Road, Milledgeville, GA 31061 -9621**

Employer: Medical Arts Pharmacy Occupation: Office Manager

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,500.00 | |

Contributor: **Norsworthy, Donald, 260 Rufus Adams Road, Jackson, GA 30233 -4725**

Employer: The Results Companies Occupation: Consultant

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Norsworthy, Donald, 260 Rufus Adams Road, Jackson, GA 30233 -4725**

Employer: The Results Companies Occupation: Consultant

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **O"Neal, Lewis, 1471 Fuller Road, Greensboro, GA 30642 -5000**

Employer: Siloam Cemetery Trust Occupation: President

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Oskouei, Armin, 630 US Highway 1, Ste 400, North Palm Beach, FL 33408 -4625**

Employer: Self Occupation: Entrepreneur

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/22/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

Contributor: **Pace, Michael R., 502 Browns Ferry Road, Chattanooga, TN 37419 -1508**

Employer: Pace-O-Matic Inc. Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/19/2025 | Monetary Itemized | 05/19/2026 | Primary | $100,000.00 | |

Contributor: **Pacific Glory USA Inc., 1630 Satellite Blvd #560, Duluth, GA 30097 -6220**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $25,000.00 | |

Contributor: **Parker, Gregory M., 171 Crossroads Parkway, Port Wentworth, GA 31407 -3021**

Employer: Self Occupation: Business Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/05/2025 | Monetary Itemized | 05/19/2026 | Primary | $25,000.00 | |

Contributor: **Patel, Mukesh B., 330 Bellingham Drive, Thomasville, GA 31792**

Employer: Self Occupation: Business Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/03/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Patel, Tushar, PO Box 126, Lyerly, GA 30730 -0126**

Employer: Self Occupation: Business Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,500.00 | |

Contributor: **Patterson, Dan, 6875 Hickory Road, Woodstock, GA 30188 -2327**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

Contributor: **Patterson, Dottie, 259 Buttrill Road, Jackson, GA 30233 -5458**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **PCI Gaming Authority, 303 Poarch Road, Atmore, AL 36502**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $50,000.00 | |

Contributor: **Pearson, Scott, 198 Spring Drive, Jackson, GA 30233 -4433**

Employer: Peterbilt of Atlanta Occupation: President

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Pennington, L. Russell, 1227 Bellaire Drive, Brookhaven, GA 30319 -3329**

Employer: Impact Public Affairs, LLC Occupation: Partner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Perry, Steve, PO Box 469, Americus, GA 31709 -0469**

Employer: Perry Brothers Oil Co Occupation: President

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|

| 03/18/2025 | Monetary Itemized | 05/19/2026 | Primary | $600.00 | |

**Contributor: Peterson, Thomas L., 4336 Old Club Road, Macon, GA 31210 -4719**

Employer: Macon Periodontics & Implant Dentistry Occupation: Periodontist

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

**Contributor: Pettit III, Hugh Boyd, po box 1178, cartersville, GA 30120 -1178**

Employer: GeorgiaLink Public Affairs Group Occupation: Partner

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 03/17/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Piedmont Water Company, 5170 Peachtree Road, Bldg 100, Ste 120, Atlanta, GA 30341 -3160**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $50,000.00 | |

**Contributor: Pollard Jr., Robert W., 5812 Tubman Road, Appling, GA 30802 -3524**

Employer: Pollard Lumber Co., Inc. Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 03/18/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

**Contributor: Poppell III, Adam S., PO Box 2332, Darien, GA 31305 -2332**

Employer: The Poppell Firm Occupation: Attorney

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

**Contributor: Price Pharmacy Inc., po box 99, Trenton, GA 30752**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,250.00 | |

**Contributor: Price Ringgold Drug Co Inc., 7566 Nashville Street, Ringgold, GA 30736**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,500.00 | |

**Contributor: PROCO, LLC, 2253 Northwest Parkway, Marietta, GA 30067 -8764**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $27,500.00 | |

**Contributor: PruittHealth, Inc., 1626 Jeurgens Court, Norcross, GA 30093**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $50,000.00 | |

Contributor: **Quattrocchi, Robert, 5960 Whitestone Lane, Suwanee, GA 30024**

Employer: Northside Hospital Occupation: CEO

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 03/07/2025 | Monetary Itemized | 05/19/2026 | Primary | $15,000.00 | |

Contributor: **RAI Services Company, 401 N Main Street, Winston Salem, NC 27101 -3804**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 02/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $25,000.00 | |

Contributor: **Rainey, William C., 659 Pea Ridge Road, Eatonton, GA 31024 -7899**

Employer: Rossee Oil Co, Inc. Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 03/08/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

Contributor: **Raziano, Keith, 4350 Harris Valley Road, Atlanta, GA 30327 -3826**

Employer: The Physicians Occupation: Physician

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/23/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,205.08 | |

Contributor: **Redding, Tim E., 234 Ridge Circle, Dublin, GA 31021 -3715**

Employer: Dublin Ford Lincoln Occupation: Auto Dealer

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

Contributor: **Reese, John S., PO Box 23588, Savannah, GA 31403**

Employer: Reese & Company Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 02/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Resseguie, Scott, 605 Birkdale Court, Augusta, GA 30907 -9576**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

Contributor: **Ringgold Telephone Company, 200 Evitt Parkway, PO Box 869, Ringgold, GA 30736 -0869**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Robbins Government Relations, 500 14th Street, Atlanta, GA 30318**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Rollins, Tommy A., PO Box 659, Lyons, GA 30436**

Employer: TAR Land & Timber Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Rooker, John William, 445 Bishop Street, Suite 200, Atlanta, GA 30318 -4303**

Employer: Rooker Co. Occupation: CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/05/2025 | Monetary Itemized | 05/19/2026 | Primary | $15,000.00 | |

Contributor: **Sam Watson for State Senate, PO Box 3914, Moultrie, GA 31776**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

Contributor: **Seagraves, H. Fred, 6306 Claude Parks Road, Murrayville, GA 30564 -1330**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 04/10/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **Shafer, David, 3898 Sweet Bottom Drive, Duluth, GA 30096**

Employer: Springwood Warehouses, LLC Occupation: Real Estate Investor

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

Contributor: **Shafer, David, 3898 Sweet Bottom Drive, Duluth, GA 30096**

Employer: Springwood Warehouses, LLC Occupation: Real Estate Investor

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

Contributor: **Sheppard, Roger, 1189 Rock Quarry Circle, Toccoa, GA 30577 -6601**

Employer: Acree Oil Company Occupation: Sales

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $150.00 | |

Contributor: **Sherwood III, Julian Carol, 705 Smithbriar Drive, Valdosta, GA 31602 -1341**

Employer: Valdosta Insurance Services Inc. Occupation: Insurance

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

Contributor: **Smith, Baker, 3360 E Terrell Branch Court, Marietta, GA 30067**

Employer: BDO USA LLP Occupation: Management Consultant

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/11/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Smith, Ellis C., 107 Ridley Avenue, Lagrange, GA 30240 -2723**

Employer: Self Occupation: Attorney

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

**Contributor: Snelling III, George N., 610 BRAE BURN DRIVE, AUGUSTA, GA 30907**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/08/2025 | In-Kind | 05/19/2026 | Primary | Est. Value: $1,452.00 | Flight Services - Covington, GA > Augusta, GA |

**Contributor: Snelling III, George N., 610 BRAE BURN DRIVE, AUGUSTA, GA 30907**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $75,000.00 | |

**Contributor: Southern Capital Strategies, PO Box 1383, Smyrna, GA 30081**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

**Contributor: Stanley Farms LLC, PO Box 900, Lyons, GA 30436**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $8,400.00 | |

**Contributor: State Mutual Insurance Company, PO Box 153, Rome, GA 30162**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $20,000.00 | |

**Contributor: Story Sr., C.M., PO Box 554, Zebulon, GA 30295 -0554**

Employer: Information Requested Occupation: Information Requested

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

**Contributor: Summers, Sean, 1465 LANIER PLACE, ATLANTA, GA 30306**

Employer: Self Occupation: Distributer

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/28/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,602.54 | |

**Contributor: Summerville/Trion Bancshares, PO Box 530, Summerville, GA 30747**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

**Contributor: Summerville/Trion Bancshares, PO Box 530, Summerville, GA 30747**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|

| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

Contributor: **Syngenta Corporation, PO Box 18300, Greensboro, NC 27419 -8300**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

Contributor: **T5 Data Centers, LLC, 3344 Peachtree Road, NE, Suite 2550, Atlanta, GA 30326 -4825**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/19/2025 | Monetary Itemized | 05/19/2026 | Primary | $25,000.00 | |

Contributor: **Talley, Roger N., 1524 Minnekahda Road, Chattanooga, TN 37405 -2410**

Employer: Talley Construction Company, Inc. Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,000.00 | |

Contributor: **Tate, Vincent L., 103 Freedom Drive, Forsyth, GA 31029**

Employer: Rock Springs Church Occupation: Pastor

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/14/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **The Jones Company, PO. Box 2266, Waycross, GA 31502 -2266**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $25,000.00 | |

Contributor: **Thigpen, D. Alan, 760 McGregor Alston Road, Ailey, GA 30410 -2702**

Employer: Mount Vernon Bank Occupation: CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

Contributor: **Thompson, James Barry, PO Box 981, Washington, GA 30673 -0981**

Employer: Thompson Gas & Oil Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $200.00 | |

Contributor: **Thornton, John V., 791 Five Points Road, Milner, GA 30257 -3929**

Employer: Rockin" T Meadows Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,000.00 | |

Contributor: **Towns Public Affairs LLC, 1606 Center Drive, Vidalia, GA 30474 -9329**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Trans World Logitec Inc, 3775 Venture Drive, Building C Suite 101, Duluth, GA 30096 -5102**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $25,000.00 | |

Contributor: **Troutman Pepper Locke LLP Georgia PAC, Inc., 600 Peachtree St NE, Ste 3000, Atlanta, GA 30308 -2305**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **United Health Services of Georgia PAC, Inc., 1626 Jeurgens Ct, Norcross, GA 30093**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/23/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,500.00 | |

Contributor: **Usery, Mel, 108 Yacht Club Road, Milledgeville, GA 31061 -9343**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

Contributor: **Usery, Mel, 108 Yacht Club Road, Milledgeville, GA 31061 -9343**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/04/2025 | Monetary Itemized | 05/19/2026 | Primary | $100.00 | |

Contributor: **Vigil, M. Allan, 623 Champions Drive, McDonough, GA 30253**

Employer: Allan Vigil Ford Lincoln Occupation: Ford Dealer

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/11/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

Contributor: **Washburn, Thomas J., 148 Misty Lane, Eatonton, GA 31024**

Employer: Self Occupation: Home Builder

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $250.00 | |

Contributor: **Webb Creek Management Group, LLC, 210 East Second Avenue, Suite 105, Rome, GA 30161 -1712**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

Contributor: **Welchel Enterprises, 770 Pickens Industrial Drive, Marietta, GA 30062**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

**Contributor: Whelchel, E. John, 377 Herrington Drive, Atlanta, GA 30342**

Employer: None Occupation: Retired

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $500.00 | |

**Contributor: WHI, Inc., 5986 FINANCIAL DR, NORCROSS, GA 30071**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/12/2025 | In-Kind | 05/19/2026 | Primary | Est. Value: $13,897.60 | Pilot services for 2/5 flight (PDK>HEF) |

**Contributor: WHI, Inc., 5986 FINANCIAL DR, NORCROSS, GA 30071**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/13/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: White, Michael A., 1200 Gulf Boulevard Unit 105, Clearwater, FL 33767 -2795**

Employer: Aimc, LLC Occupation: President

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Whitehouse, Edward, 116 River Overlook, Forsyth, GA 31029 -4875**

Employer: Self Occupation: Consultant

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/18/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,000.00 | |

**Contributor: Willis, Helen, 105 Short Rd, Jackson, GA 30233**

Employer: Trucks Inc Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/28/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Willis, Helen, 105 Short Rd, Jackson, GA 30233**

Employer: Trucks Inc Occupation: Owner

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/28/2025 | Monetary Itemized | 05/19/2026 | Primary | $10,000.00 | |

**Contributor: Willis, Robert, 34 WAKEFIELD DRIVE NE, ATLANTA, GA 30309**

Employer: Troutman Pepper LLp Occupation: Attorney

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,000.00 | |

**Contributor: Wilson, Matt, 855 Kipling Drive, Atlanta, GA 30318**

Employer: WDG Occupation: Real Estate

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/26/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Wilson, Stanford, 2808 Ridgewood Rd. NW, Atlanta, GA 30327**

Employer: Self Employed Occupation: Attorney

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/29/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Yancey III, Delos H., 643 Ponte Vedra Boulevard, Unit D, Ponte Vedra Beach, FL 32082 -2971**

Employer: State Mutual Insurance Occupation: Chairman, President, CEO

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

Contributor: **Yancey, Harley, 176 Bellemont Drive, Rome, GA 30165 -6626**

Employer: State Mutual Insurance Company Occupation: President

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $5,000.00 | |

### Summary of Itemized Contributions Received

| | |
|---|---|
| In-Kind Total for this period: | $20,549.60 |
| Cash Contributions Total for this period: | $1,824,413.10 |

**CFC FORM CCDR**
**REV 4/12**

**FILER ID: 196660**

# State of Georgia
# Campaign Contribution Disclosure Report
# Loan Reporting

**Lender:** Jones, Burt, 264 Alabama Blvd, Jackson, GA 30233

**Person(s) Responsible for Repayment of Loan:**
WBJ Leadership Committee, Inc.
PO Box 767, Jackson, GA 30233
**Employer:** WBJ Leadership Committee, Inc. **Occupation:** Unknown

| Date | Election | Cycle | Amount | Fiduciary Relationship | Description |
|------|----------|-------|--------|------------------------|-------------|
| 06/30/2025 | 05/19/2026 | Primary | $7,500,000.00 | Campaign Committee | Loan |

**Lender:** Jones, Burt, 264 Alabama Blvd, Jackson, GA 30233

**Person(s) Responsible for Repayment of Loan:**
WBJ Leadership Committee, Inc.
PO Box 767, Jackson, GA 30233
**Employer:** WBJ Leadership Committee, Inc. **Occupation:** Unknown

| Date | Election | Cycle | Amount | Fiduciary Relationship | Description |
|------|----------|-------|--------|------------------------|-------------|
| 06/30/2025 | 05/19/2026 | Primary | $2,500,000.00 | Campaign Committee | Loan |

CFC FORM CCDR
REV 4/12

FILER ID: 196660

# State of Georgia
# Campaign Contribution Disclosure Report
# Itemized Expenditures

Payee: **Aristotle International, Inc., PO Box 716045, Philadelphia, PA 19171 -6045**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/07/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,050.00 | Compliance Software Other Other |

Payee: **Aristotle International, Inc., PO Box 716045, Philadelphia, PA 19171 -6045**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 04/04/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,050.00 | Compliance Software Other Other |

Payee: **Clockwork Systems, 729 Argyle Road, Silver Spring, MD 20901 -3201**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/03/2025 | Monetary Itemized | 05/19/2026 | Primary | $675.00 | Data Processing Other Other |

Payee: **Dillon Law Group, LLP, 1000 Parkwood Circle, SE, Suite 220, Atlanta, GA 30339 -2123**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/29/2025 | Monetary Itemized | 05/19/2026 | Primary | $9,815.00 | Legal Services Other Other |

Payee: **Eagles Landing Christian Academy, 2400 GA-42 N, McDonough, GA 30253**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/05/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,500.00 | Donation Other Other |

Payee: **Jones, Burt, 264 ALABAMA BLVD, JACKSON, GA 30233**

Employer: State of Georgia Occupation: Lieutenant Governor

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/21/2025 | Reimbursement | 05/19/2026 | Primary | $7,000.00 | Expense Reimbursement: See Below Other Other |

End Recipient(s)

| Recipient Details | Amount | Comments |
|-------------------|--------|----------|
| Georgia FFA<br>PO Box 237, Swainsboro, GA 30401 -0237 | $7,000.00 | Donation |

Payee: **Jones Petroleum Transport Co., PO Box 933, Jackson, GA 30233**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 04/04/2025 | Monetary Itemized | 05/19/2026 | Primary | $4,338.70 | Plane usage and pilot services for 2/1 and 2/2 flights (HMP>SSI>HMP) Other Other |

Payee: **Jones Petroleum Transport Co., PO Box 933, Jackson, GA 30233**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/29/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,625.00 | Plane usage and pilot services for 5/1/25 (RMG>6A2) and 5/5/25 and 5/6/25 flights (6A2>SSI>HMP) Other Other |

Payee: **Jones Petroleum Transport Co., PO Box 933, Jackson, GA 30233**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $3,519.86 | Plane usage and pilot services for 5/31/25 (HMP>CSG) Other Other |

Payee: **Jones Petroleum Transport Co., PO Box 933, Jackson, GA 30233**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $3,357.34 | Plane usage and pilot services for 6/6/25 (HMP>KDNN) Other Other |

Payee: **Jones Petroleum Transport Co., PO Box 933, Jackson, GA 30233**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $3,271.37 | Plane usage and pilot services for 6/26/25 (HMP>KRMG) Other Other |

Payee: **Jones Petroleum Transport Co., PO Box 933, Jackson, GA 30233**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $4,556.70 | Plane usage and pilot services for 6/2-3/25 (HMP>KRMG) Other Other |

Payee: **McGill Aviation, Inc., 1101 Amelias Lane, Greensboro, GA 30642 -4940**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/29/2025 | Monetary Itemized | 05/19/2026 | Primary | $4,468.24 | Plane Usage on 5/1/25 (RMG>6A2) and 5/5/25, 5/6/25 (6A2>SSI>HMP) Other Other |

Payee: **Moore, A Series LLC, 4200 Parliament Place, Ste 300, Lanham, MD 20706 -1849**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|

| 03/03/2025 | Monetary Itemized | 05/19/2026 | Primary | $14,437.92 | Postage Other Other |
|---|---|---|---|---|---|

**Payee: Steve Brown Direct Marketing, LLC, 3864 West Millers Bridge Road, Tallahassee, FL 32312 -1051**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 03/03/2025 | Monetary Itemized | 05/19/2026 | Primary | $8,768.60 | Direct Mail Other Other |

**Payee: Strong Rock Christian School, 4200 Strong Rock Parkway, Locust Grove, GA 30248**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 03/05/2025 | Monetary Itemized | 05/19/2026 | Primary | $1,500.00 | Donation Other Other |

**Payee: The Monaco Group, 1011 S. Linwood Avenue, Santa Ana, CA 92705 -4323**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 05/29/2025 | Monetary Itemized | 05/19/2026 | Primary | $3,713.32 | Postage Other Other |

**Payee: United Bank, 235 Griffin Street, Zebulon, GA 30295 -6683**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 02/07/2025 | Reimbursement | 05/19/2026 | Primary | $6,111.66 | Credit Card Payment Other Other |

**End Recipient(s)**

| Recipient Details | Amount | Comments |
|---|---|---|
| Porsche Experience<br>1 Porsche Dr, Atlanta, GA 30354 -1654 | $806.00 | Fundraising Event Fee |

| Recipient Details | Amount | Comments |
|---|---|---|
| Avas Flowers<br>1750 Howell Mill Rd NW, Atlanta, GA 30318 -3127 | $163.28 | Flowers |

| Recipient Details | Amount | Comments |
|---|---|---|
| Bon Appetit Management Company<br>1 Porsche Dr, Atlanta, GA 30354 -1654 | $4,075.38 | Event Catering |

| Recipient Details | Amount | Comments |
|---|---|---|
| Buds & Blossoms<br>613 Highway 441 S, Ste 3, Clayton, GA 30525 -4268 | $178.88 | Fundraising Event Fee |

| Recipient Details | Amount | Comments |
|---|---|---|
| Everett's Florist<br>1035 W Spring St, Monroe, GA 30655 -1752 | $155.10 | Flowers |

| Recipient Details | Amount | Comments |
|---|---|---|
| Google<br>1600 Ampitheatre Parkway, Mountain View, CA 94043 -1351 | $129.60 | Email Services |

|  | Recipient Details | Amount | Comments |
|---|---|---|---|
|  | Hilton Garden Inn<br>15001 Washington St, Haymarket, VA<br>20169 -2950 | $603.42 | Travel |

### Payee: **United Bank, 235 Griffin Street, Zebulon, GA 30295 -6683**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 03/17/2025 | Monetary Itemized | 05/19/2026 | Primary | $5.00 | Bank Fee Other Other |

### Payee: **United Bank, 235 Griffin Street, Zebulon, GA 30295 -6683**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 03/24/2025 | Reimbursement | 05/19/2026 | Primary | $129.60 | Credit Card Payment Other Other |

**End Recipient(s)**

|  | Recipient Details | Amount | Comments |
|---|---|---|---|
|  | Google<br>1600 Ampitheatre Parkway, Mountain<br>View, CA 94043 -1351 | $129.60 | Email Services |

### Payee: **United Bank, 235 Griffin Street, Zebulon, GA 30295 -6683**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 04/21/2025 | Reimbursement | 05/19/2026 | Primary | $499.87 | Credit Card Payment Other Other |

**End Recipient(s)**

|  | Recipient Details | Amount | Comments |
|---|---|---|---|
|  | Google<br>1600 Ampitheatre Parkway, Mountain<br>View, CA 94043 -1351 | $129.60 | Email Services |
|  | Griffin Trophy & Embroidery<br>310 E Solomon St, Griffin, GA 30223<br>-3316 | $367.42 | Engraving |
|  | United Bank<br>235 Griffin Street, Zebulon, GA 30295<br>-6683 | $2.85 | Bank Fee |

### Payee: **United Bank, 235 Griffin Street, Zebulon, GA 30295 -6683**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 05/15/2025 | Reimbursement | 05/19/2026 | Primary | $496.38 | Credit Card Payment Other Other |

**End Recipient(s)**

|  | Recipient Details | Amount | Comments |
|---|---|---|---|

| | Google
1600 Ampitheatre Parkway, Mountain View, CA 94043 -1351 | $129.60 | Email Services |
|---|---|---|---|
| | **Recipient Details** | **Amount** | **Comments** |
| | Griffin Trophy & Embroidery
310 E Solomon St, Griffin, GA 30223 -3316 | $366.78 | Engraving |

### Payee: **United Bank, 235 Griffin Street, Zebulon, GA 30295 -6683**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 06/19/2025 | Reimbursement | 05/19/2026 | Primary | $285.39 | Credit Card Payment Other Other |

| End Recipient(s) | | | |
|---|---|---|---|
| | **Recipient Details** | **Amount** | **Comments** |
| | Google
1600 Ampitheatre Parkway, Mountain View, CA 94043 -1351 | $129.60 | Email Services |
| | **Recipient Details** | **Amount** | **Comments** |
| | Jackson Flower Shop
133 E 2nd Street, Jackson, GA 30233 -2030 | $155.79 | Flowers |

### Payee: **Wiland, 7420 East Dry Creek Parkway, Niwot, CO 80503 -8009**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 03/03/2025 | Monetary Itemized | 05/19/2026 | Primary | $780.00 | Web Service Other Other |

### Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 02/04/2025 | Monetary Itemized | 05/19/2026 | Primary | $32.00 | Transaction Fee Other Other |

### Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 02/05/2025 | Monetary Itemized | 05/19/2026 | Primary | $3.63 | Transaction Fee Other Other |

### Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|
| 02/12/2025 | Monetary Itemized | 05/19/2026 | Primary | $495.03 | Transaction Fee Other Other |

### Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|---|---|---|---|---|---|

| 02/18/2025 | Monetary Itemized | 05/19/2026 | Primary | $3.63 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/19/2025 | Monetary Itemized | 05/19/2026 | Primary | $22.01 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/20/2025 | Monetary Itemized | 05/19/2026 | Primary | $32.00 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/26/2025 | Monetary Itemized | 05/19/2026 | Primary | $1.45 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/27/2025 | Monetary Itemized | 05/19/2026 | Primary | $7.12 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 02/28/2025 | Monetary Itemized | 05/19/2026 | Primary | $55.92 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/03/2025 | Monetary Itemized | 05/19/2026 | Primary | $43.70 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/04/2025 | Monetary Itemized | 05/19/2026 | Primary | $1.03 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/05/2025 | Monetary Itemized | 05/19/2026 | Primary | $0.18 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/06/2025 | Monetary Itemized | 05/19/2026 | Primary | $177.81 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/07/2025 | Monetary Itemized | 05/19/2026 | Primary | $4.49 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/12/2025 | Monetary Itemized | 05/19/2026 | Primary | $25.98 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/17/2025 | Monetary Itemized | 05/19/2026 | Primary | $1.39 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 03/28/2025 | Monetary Itemized | 05/19/2026 | Primary | $9.88 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 04/02/2025 | Monetary Itemized | 05/19/2026 | Primary | $13.94 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/07/2025 | Monetary Itemized | 05/19/2026 | Primary | $164.06 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/08/2025 | Monetary Itemized | 05/19/2026 | Primary | $8.20 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|

| 05/14/2025 | Monetary Itemized | 05/19/2026 | Primary | $45.12 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 05/27/2025 | Monetary Itemized | 05/19/2026 | Primary | $394.00 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/02/2025 | Monetary Itemized | 05/19/2026 | Primary | $102.54 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/03/2025 | Monetary Itemized | 05/19/2026 | Primary | $2,814.56 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/04/2025 | Monetary Itemized | 05/19/2026 | Primary | $3.94 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/06/2025 | Monetary Itemized | 05/19/2026 | Primary | $96.00 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/09/2025 | Monetary Itemized | 05/19/2026 | Primary | $320.00 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/12/2025 | Monetary Itemized | 05/19/2026 | Primary | $320.00 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/17/2025 | Monetary Itemized | 05/19/2026 | Primary | $127.98 | Transaction Fee Other Other |

**Payee: Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/18/2025 | Monetary Itemized | 05/19/2026 | Primary | $32.00 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/23/2025 | Monetary Itemized | 05/19/2026 | Primary | $490.96 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/24/2025 | Monetary Itemized | 05/19/2026 | Primary | $205.08 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/25/2025 | Monetary Itemized | 05/19/2026 | Primary | $320.00 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/26/2025 | Monetary Itemized | 05/19/2026 | Primary | $976.00 | Transaction Fee Other Other |

Payee: **Winred Technical Services LLC, 1776 Wilson Blvd, Suite 530, Arlington, VA 22209 -2517**

Employer: Unknown Occupation: Unknown

| Date | Type | Election | Cycle | Amount | Description |
|------|------|----------|-------|--------|-------------|
| 06/30/2025 | Monetary Itemized | 05/19/2026 | Primary | $192.00 | Transaction Fee Other Other |

### Summary of Itemized Expenditures Made

| | |
|---|---|
| **In-Kind Total for this period:** | **$0.00** |
| **Cash Expenditures Total for this period:** | **$91,498.58** |

**CFC FORM CCDR**
**REV 4/12**

FILER ID: 196660

# State of Georgia
# Campaign Contribution Disclosure Report
# Addendum Statement

**The Addendum Statement should be used for explanation of any additional information needed to complete an accurate filing of this report**

# EXHIBIT 2

☰

# Lt. Gov. Burt Jones announces campaign for Georgia governor

**By** Dan Raby  |  **Published**  July 8, 2025 7:29am EDT  |  FOX 5 Atlanta



Georgia Lt. Gov. Burt Jones speaks before Republican presidential nominee, former U.S. President Donald Trump during a campaign rally at the Cobb Energy Performing Arts Centre on Oct. 15, 2024 in Atlanta. (Photo by Kevin Dietsch/Getty Images)

**ATLANTA** - Lt. Gov. Burt Jones has launched his campaign to succeed Gov. Brian Kemp as the next governor of Georgia.



Jones, a sixth-generation Georgian and business leader whose family made a fortune running and supplying gas stations, is the second major Republican to announce plans to run for the Republican nomination.

**What they're saying:** Jones announced his campaign on Tuesday morning, saying that he would continue the "bold game plan" he had to cut taxes, combat illegal immigration, and passes school choice legislation.

"Georgia deserves a bold, unapologetic, and proven common-sense leader who will continue delivering real results for families and businesses across our state, and that's why I'm proud to be running to be the next Governor of our great state," Jones said. "In the private sector, I've helped build businesses from the ground up, created thousands of jobs, invested in local communities and know what it means to sign the front and back of a paycheck. As Lieutenant Governor, I've fought to cut our state income tax, put billions of dollars back into the pockets of hardworking Georgians, expanded educational opportunities, protected girls' sports, cracked down on illegal immigration, invested in rural Georgia, and delivered real results to make our state the best place to live, work, and raise a family.

**Burt Jones** ✔️                                                    𝕏



@burtjonesforga · **Follow**

Georgia deserves a bold, unapologetic, and proven common-sense leader who will continue delivering real results for families and businesses across our state, and that's why I'm proud to be running to be the next Governor of our great state.

In the private sector, I've helped Show more

Watch on X

7:04 AM · Jul 8, 2025

❤️ **1.6K**       💬 **Reply**       🔗 **Copy link**

**Read 494 replies**

The lieutenant governor also highlighted his support for Presdient Donald Trump in his announcement.

"I've also fought to deliver President Trump's agenda here in Georgia from day one–and even took arrows from the radical left for doing it. But just like President Trump, I won–and delivered for the people of Georgia, just like he is delivering for the American people in Washington," he said.

**Big picture view:** According to the campaign, Jones had $14 million cash on hand for his attempt to secure the nomination.

His announcement comes more than half a year after Attorney General Chris Carr announced his run for governor. Secretary of State Brad Raffensperger, who sold a substantial engineering company, could also make a bid in the Republican primary.

**The other side:** On the Democratic side, former Atlanta Mayor Keisha Lance Bottoms, state Sen. Jason Esteves, state Rep. Derrick Jackson, and Atlanta pastor Olu Brown have announced their intent to run.

In a statement, a spokesperson for the Democratic Governors Association described the upcoming primary between Carr and Jones as a "vicious fight."

"Jones is an extremist who wants to undermine public education, champions Georgia's dangerous abortion ban, backs the mass firing of Georgians at the CDC, and has a long record of opposing Medicaid expansion," spokesperson Kevin Donohoe said. "Jones' partisan, disastrous record could not be more out-of-touch with Georgians — and his campaign launch means that this primary will be a race to the right. No matter who wins, Republicans will be left with a deeply damaged and extreme nominee."

No Democrat has won a governor's race in Georgia since Roy Barnes in 1998.

**The Source:** Information for this story came from a release by Burt Jones for Georgia and previous FOX 5 reporting.

**Election      Georgia      News**

8/6/25, 12:33 PM
Georgia Republican Burt Jones enters the 2026 governor's race by lending himself $10 million - Coast Reporter

Case 1:25-cv-04426-VMC    Document 2-2    Filed 08/07/25    Page 54 of 77



# Georgia Republican Burt Jones enters the 2026 governor's race by lending himself $10 million

Jeff Amy, The Associated Press
Jul 8, 2025 1:22 PM



*FILE - Georgia Lt. Gov. Burt Jones speaks at the Cobb Energy Performing Arts Centre, Oct. 15, 2024, in Atlanta. (AP Photo/Alex Brandon, File)*

ATLANTA (AP) — Georgia Republican Burt Jones made his long-telegraphed entry into the 2026 governor's race on Tuesday, touting his ties with President Donald Trump and pledging to eliminate Georgia's state income tax in a campaign video.

8/6/25, 12:33 PM    Georgia Republican Burt Jones enters the 2026 governor's race by lending himself $10 million · Coast Reporter

Case 1:25-cv-04426-VMC    Document 22    Filed 08/07/25    Page 55 of 77

"I don't back down from tough fights — I step up to deliver results — and that's exactly what I'll continue doing as governor," Jones said in a statement.

Jones lent his campaign $10 million as he joined Attorney General Chris Carr as the top GOP candidates in the race. Gov. Brian Kemp can't run again because of term limits. Other Republican candidates who could enter the race include Secretary of State Brad Raffensperger and U.S. Rep. Marjorie Taylor Greene.

Republicans are trying to hold onto a governor's chair that they have won in every election since 2002, even as Georgia has elected two Democratic U.S. senators and has become among the nation's most competitive states at the presidential level. Democrats seeking to end that dominance include former Atlanta Mayor Keisha Lance Bottoms, state Sen. Jason Esteves and state Rep. Derrick Jackson.

Jones was among the first Republicans in Georgia to endorse Trump before the 2016 election. He was one of 16 state Republicans who signed certificates stating that Trump had won Georgia in 2020 and declaring themselves the state's "duly elected and qualified" electors even though Democrat Joe Biden had been declared the state's winner. Jones also pushed for a special session in Georgia aimed at overturning Biden's narrow win in the state. Prosecutors considered filing criminal charges against Jones, but they rejected the move, concluding Jones did not act with criminal intent.

Jones touted that peril as proof that he is an authentic supporter of Trump in a speech at the state Republican convention last month in Dalton.

"I've been the Trump guy since 2015, not '16," Jones said. "I've taken all the battle scars and everything else. I know who ran and hid during 2020 and everything else. The circle is small."

Carr and Raffensperger both have taken fire from Trump over their refusal to back moves to overturn the 2020 election. However, if Greene enters the race, it could scramble the race for Trump's core voters in the primary.

As lieutenant governor, Jones has presided over a heavily Republican state Senate that has pursued an aggressive brand of conservative policy that has often been watered down or rejected by the more moderate state House. Democrats say they will make that sharp-edged right-wing agenda an issue in the race.

"Jones' partisan, disastrous record could not be more out-of-touch with Georgians " Democratic Governors Association spokesperson Kevin Donohoe said in a statement Tuesday.

Case 1:25-cv-04426-VMC    Document 22    Filed 08/07/25    Page 56 of 77

But Jones has also pursued a set of initiatives aimed at children and families that could have more appeal to the broader electorate, including a substantial child tax credit that Kemp signed into law this year.

"What do I call all that we've accomplished together? Just a start," Jones said in the video. "Because our work's not done yet. And that's why I'm running for governor."

Jones pledged to "completely eliminate the state income tax," said he would seek the death penalty for people illegally selling the drug fentanyl, and touted his support for maintaining Georgia's ban on transgender girls in girls' sports.

The 46-year-old Jones is heir to a large petroleum distribution business and founder of an insurance agency. He lives in Jackson, southeast of Atlanta, and served 10 years in the state Senate before winning election as lieutenant governor in 2022.

Jones said his leadership committee had $14.3 million in cash on hand, including $10 million that Jones lent himself. A leadership committee is an unusual fundraising vehicle that allows the lieutenant governor, governor and legislative leaders to raise unlimited campaign contributions, even while legislators are meeting.

Most other officials, including Carr, can only raise limited amounts and can't cash checks during legislative sessions. Carr's campaign has already signaled it will renew court challenges to leadership committees if Jones tries to spend that cash on the governor's race.

Jones hopes that money, as well as his Trump ties, will help cast him as the front-runner. But although Jones and Carr have differences, they both are making the same appeal, that Georgians should continue electing Republicans to run things.

"We've had a great run here in this state, and there's nothing but opportunity in front of us," Jones said at the Republican convention. "But we've got to keep good leadership."

Jeff Amy, The Associated Press

**☰**  **Watch Live**  **News**  **First Alert Weather**  **12 On Your Side Investigates**    🔍

Augusta, GA

**2 Weather Alerts In Effect**    ✕

ADVERTISEMENT

# Funds Ga. gubernatorial hopefuls have raised, and why it matters



As races fill out with candidates for Georgia's gubernatorial and Congressional races, candidates are beginning to disclose their fundraising totals.

By Doug Reardon

*Published: Jul. 10, 2025 at 5:56 AM EDT*





barometer for their support in the state.

Thanks to a $10 million self-loan, Lt. Governor Burt Jones leads the thin pack of Republican gubernatorial candidates with a reported $14 million in his coffers.

Trailing behind is Georgia Attorney General Chris Carr, who has raised $3.5 million since becoming the first GOP candidate — and first candidate period — to enter the race back in November.

On the Democratic side of the race for governor, both state Sen. Jason Esteves and former Atlanta Mayor Keisha Lance Bottoms have netted just north of $1.1 million in funds raised.

ADVERTISEMENT



### How much Georgia's gubernatorial candidates have raised so far

As races fill out with candidates for Georgia's gubernatorial race, candidates are beginning to disclose their fundraising totals – a telling sign that can often be a barometer for their support in the state.

Source: Georgia Campaign Finance System • Democrats Derrick Jackson and Olu Brown are also running for governor. As of July 15, 2025, Jackson has raised just over $88,000 and Brown has raised over $32,000. If they cross over the million dollar threshold, they will be added above. 

We did not hear back from the other two Democratic gubernatorial candidates, pastor Olu Brown and state Rep. Derrick Jackson.

"Money is described as the 'mother's milk' of politics," said Ben Taylor, a political science professor with Kennesaw State University. "You can't run any campaign, whether you're running for dog catcher

Congressional races, and for that matter, gubernatorial campaigns, can stretch into the multi-millions during election cycles. Taylor said the arms-race for fundraising dollars before the official start of an election cycle is known as the "invisible primary" and can determine how much grassroots or institutional support a candidate has.

---

**'Georgia is one of the critical battleground states': DNC chair talks midterm elections**

As the 2026 midterm elections approach, Democrats are eager to bounce back after suffering heavy losses at the Georgia polls in 2024.



---

"This invisible primary is very important for positioning oneself as the frontrunner going into election season," he said. "That's a signal to other would-be candidates and other donors that, 'Hey, I'm very serious about this, and I'm going to, literally, put my money where my mouth is."

ADVERTISEMENT

Candidates often start the process of fundraising before they officially enter a race.

Take, as an example, Georgia Congressman Mike Collins, a Republican who hinted in an online video Tuesday that he may run to unseat Democratic Georgia Sen. Jon Ossoff.

---

**Federal grants for Georgia Public Schools on hold amid political debate**

More than $200 million worth of education grants are being withheld from Georgia, according to Learning Policy Institute.



---



"You know me, I'm going to shoot it straight, that's the way I've always been. It was never in my plans to run for the U.S. Senate," said Collins, directly addressing the camera. "I also understand that

The video was swiftly followed up by an email blast from Collins' office asking for donations. It could be a strong breadcrumb that Collins is testing the waters in a run for higher office.

In the U.S., campaign donations are tracked and only U.S. citizens can make contributions to political candidates or campaigns.

*Copyright 2025 WRDW/WAGT. All rights reserved.*

**She's 75 and Retiring - Her Handcrafted Jewelry Is 80% OFF**
This retiring jeweler's heartfelt goodbye includes a once-in-a-lifetime discount. 80% off until everything is gone.
Artisan Weekly | Sponsored

Read More

**Georgia Residents With Credit Card Debt Could Be In For Loan-Free Relief**
Americans with over $20k in unsecured debt could reduce their eligible debt payments by 30% or more by doing this
Forbes | Sponsored

Learn More

**Here's The Price of a 1-Day Walk-in Shower In 2025**
Homebuddy | Sponsored

Learn More

**The Surprising Habit Tied to Dementia—Millions Do It Without Realizing**
Memory Health | Sponsored

Click Here

**Anyone Considering Investing In Gold Should See This**
Goldco | Sponsored

Learn More

**Dementia and Memory Issues Have Been Linked To a Common Habit. Do You Do It?**
Keep your memory active doing this
Memory Research | Sponsored

Click Here

# EXHIBIT 3



## Burt Jones

**Ads**        About

**~10 results**



✅ **Active**

⋯

Library ID: 1088725986687467

Started running on Aug 4, 2025

Platforms 🟦 📷

Categories 📣

👥 Estimated audience size: **500K - 1M** ⓘ

🗐 Amount spent (USD): **<$100** ⓘ

👁 Impressions: **10K - 15K** ⓘ

See ad details

**Burt Jones**
**Sponsored** • Paid for by **Burt Jones for Georgia**

Just a quick reminder—there's still time to RSVP for our campaign kickoff! I hope you can join me for an evening of great food, great friends, and a whole lot of Georgia values.

RSVP at BurtJonesForGA.com and look forward to seeing you there!



**Launched August 2025**

BURTJONESFORGA.COM
Burt Jones

Sign up

✅ **Active**

⋯

Library ID: 1167302665206390

Started running on Aug 4, 2025

Platforms 📘 📷

Categories 📢

👥 Estimated audience size: **500K - 1M** ℹ️

🗐 Amount spent (USD): **<$100** ℹ️

👁 Impressions: **1K - 2K** ℹ️

See ad details

**Burt Jones**
**Sponsored** · Paid for by **Burt Jones for Georgia**

Just a quick reminder—there's still time to RSVP for our campaign kickoff! I hope you can join me for an evening of great food, great friends, and a whole lot of Georgia values.

RSVP at BurtJonesForGA.com and look forward to seeing you there!

BURTJONESFORGA.COM
RSVP For Our Kickoff Event!

Sign up

✓ **Active**                                                                    •••

Library ID: 4255398788040701

Started running on Jul 25, 2025

Platforms  🅕 📷

Categories  📣

---

**∞ Meta**    Ad Library    Ad Library Report    Ad Library API    Branded Content    ☰

All ▾    ⓘ    🖥 All ads ▾    🔍 Burt Jones    ✕

Keyword 🔍    ▽ Filters

**Active status**: Active ads    ✕



BURTJONESFORGA.COM
Burt Jones                                                                      Sign up

---

✓ **Active**                                                                    •••

Library ID: 727518200135253

Started running on Jul 24, 2025

Platforms  🅕 📷

Categories  📣

👥 Estimated audience size: **500K - 1M** ⓘ

🗄 Amount spent (USD): **$100 - $199** ⓘ

👁 Impressions: **15K - 20K** ⓘ

See ad details

---

**Burt Jones**
Sponsored • Paid for by **Burt Jones for Georgia**

I'm going to keep men out of women sports, protect our communities from fentanyl, and always put Georgia First.

And if you don't like that, feel free to move to California.

**Launched July 2025**



BURTJONESFORGA.COM
Burt Jones

Learn more

---

✅ **Active**                                                                    •••

Library ID: 1063558489258160

Started running on Jul 23, 2025

Platforms 📘 📷

Categories 📢

👥 Estimated audience size: **500K - 1M** ℹ️

📄 Amount spent (USD): **$500 - $599** ℹ️

👁 Impressions: **70K - 80K** ℹ️

See ad details

---

**Burt Jones**
**Sponsored** • Paid for by **Burt Jones for Georgia**

Y'all ready for Kickoff? 🥰

Join the movement for the next Governor of Georgia by RSVPing HERE: https://burtjonesforga.com/kickoff/



BURTJONESFORGA.COM
Home - Burt Jones for GA
Lt. Governor Burt Jones is fighting to put Georgia families first—cutting taxes, expanding school choice, and defending our values. Join the movement today.

Learn more



**✓ Active**

Library ID: 1257120729251428

Started running on Jul 23, 2025

Platforms  f  ⊙

Categories  📢

👥 Estimated audience size: **500K - 1M** ⓘ

📑 Amount spent (USD): **$600 - $699** ⓘ

👁 Impressions: **90K - 100K** ⓘ

See ad details

---

**Burt Jones**
**Sponsored** · Paid for by **Burt Jones for Georgia**

Our Website is LIVE!

This is the spot to connect with our team, get involved, and donate to our campaign! https://burtjonesforga.com/

**BURT ◗ JONES**
GOVERNOR

BURTJONESFORGA.COM
Home - Burt Jones for GA                                          Learn more
Lt. Governor Burt Jones is fighting to put Georgia families first—cutting taxes, expanding school choice, and defending our values. Join
the movement today.

---



**✓ Active**

Library ID: 1254326573061528

Started running on Jul 21, 2025

Platforms  f  ⊙

Categories  📢

👥 Estimated audience size: **500K - 1M** ⓘ

📑 Amount spent (USD): **$100 - $199** ⓘ

👁 Impressions: **25K - 30K** ⓘ

See ad details

 **Burt Jones**
Sponsored · Paid for by **Burt Jones for Georgia**

Here's what I'm committed to delivering for you:

-Eliminating the state income tax so you keep more of your hard-earned money

-Attracting new businesses and creating jobs for Georgia families

-Ending the fentanyl crisis with stronger drug education and tougher penalties for dealers …



BURTJONESFORGA.COM
Burt Jones

[ Learn more ]

---

✅ **Active**                                                        ···

Library ID: 1451471596048126

Started running on Jul 17, 2025

Platforms 👤 📷

Categories 📣

👥 Estimated audience size: **500K - 1M** ⓘ

📄 Amount spent (USD): **$200 - $299** ⓘ

👁 Impressions: **30K - 35K** ⓘ

[ See ad details ]

---

 **Burt Jones**
Sponsored · Paid for by **Burt Jones for Georgia**

Georgia, this is my elevator pitch to earn your vote. You in? [Www.BurtJonesForGA.com](http://Www.BurtJonesForGA.com)



BURTJONESFORGA.COM
Elevator Pitch

Learn more

---

✓ Active

...

Library ID: 3814147752210929

Started running on Jul 10, 2025

Platforms 

Categories 📣

👥 Estimated audience size: **500K - 1M** ⓘ

📚 Amount spent (USD): **$300 - $399** ⓘ

👁 Impressions: **45K - 50K** ⓘ

See ad details

---

 **Burt Jones**
**Sponsored** • Paid for by **Burt Jones for Georgia**

Georgia's brightest days are still to come! Honored to fight every day for you.



BURTJONESFORGA.COM
Burt Jones

Learn more

---

✓ Active

...

Library ID: 715131274469485

Started running on Jul 8, 2025

Platforms 📘 📷

Categories 📣

👥 Estimated audience size: **500K - 1M** ⓘ

📚 Amount spent (USD): **$7K - $8K** ⓘ

👁 Impressions: **>1M** ⓘ

See ad details

 **Burt Jones**
Sponsored • Paid for by **Burt Jones for Georgia**

Georgia deserves a bold, unapologetic, and proven common-sense leader who will continue delivering real results for families and businesses across our state, and that's why I'm proud to be running to be the next Governor of our great state.

In the private sector, I've helped build businesses from the ground up, created thousands of jobs, invested in local communities and know what it means to sign the front and back of a paycheck. As Lieutenant Governor, I've fought to cut our state income tax, put billions of dollars back into the pockets of hardworking Georgians, expanded ...



BURTJONESFORGA.COM
Burt Jones

[Learn more]

**System status** 

Ad Library API    About ads and data use    Privacy    Terms    Meta © 2025 | English (US)

Cookies

# EXHIBIT 4

3:50



 **Alan Powell**
2d · 🌐

• • •

 **Alan Powell** · **Follow**
Jul 1 · 🌐

Friends in Hart, Franklin,Madison, Elbert ,
Stephens ,Jackson Counties and NE Ga we would
pleased if you have time to drop by to meet Lt Gov
Burt Jones the next Governor of Georgia on July 10



*Please Join Us for a Meet & Greet Reception in Support of*

## Lt. Governor Burt Jones

***Thursday, July 10, 2025***
5:30 – 7:00 p.m.

***The Station***
43 Railroad Street, Hartwell, GA 30643

***Hosted By:***
Denise and Spooner Phillips
Courtney and Cory Phillips
Karmin and Michael Pace
Rep. Alan Powell
Hope and Lee Vaughn
Jenny and Jackson McConnell

***Donations are appreciated but not required!***
If you would like to contribute, checks can be made payable to:
WBJ Leadership Committee, Inc
P.O. Box 767
Jackson, GA 30233

*Please RSVP to Laura Dunaway at laura@catalyst-co.com or 706-726-0059*

Contributions to WBJ Leadership Committee Inc. are not deductible as charitable contributions for state or federal income tax purposes. WBJ Leadership Committee Inc. is a Georgia non-profit corporation that is organized as a 527 political organization under the Internal Revenue Code and is created pursuant to O.C.G.A. 21-5-34.2 as a leadership WBJ Leadership Committee can accept unlimited personal, corporate, and/or PAC contributions. Georgia law requires WBJ Leadership Committee to report the name, mailing address, occupation and employer of any donor whose contributions cumulatively equal or exceed $100 in a calendar year.

Paid for by WBJ Leadership Committee, Inc.

| 👍 Like | 💬 Comment | 💬 Send | ↪ Share |
|---|---|---|---|

 Write a comment...

# EXHIBIT 5



## Please Join

| | | |
|---|---|---|
| *Tee & Veronica Anderson* | *Wade & Kate Hill* | *David & Erin Sinclair* |
| *Michael Bell* | *Georgia & Jerry Jarrard* | *Commissioner Jayce & Erin* |
| *Jason & Tewana Bohn* | *Andrew Jones* | *Stepp* |
| *Jason Broce* | *Senator Kay Kirkpatrick, MD* | *Commissioner Steve Stewart* |
| *David & Allison Cavender* | *Bil Lako* | *Chase & Whitney Swanson* |
| *John & Kate Clayton* | *Jeff & Kim Lewis* | *Guy & Carrie Taff* |
| *Daniel Cobb* | *Karl & Sydney Lutjens* | *Commissioner Steve & Sandy* |
| *Representative Ginny & Earl* | *Ben & Mary Anne Mathis* | *Taylor* |
| *Ehrhart* | *C.W. Matthews* | *Craig Vaughn* |
| *Adam & Jenifer Everett* | *Victor Miltiades* | *Heather Wallace* |
| *Dan Garcia* | *Roger & Angie Morland* | *Michael Weber* |
| *Art & Wayne Glaser* | *Boyd & Jennifer Morris* | *Bobby & Angela Willis* |
| *Fran & Amber Hargarten* | *Courtney & Cory Phillips* | |
| *Cathy & John Harrison* | *Senator Ed Setzler* | |

for a Reception honoring

# *Lt. Governor Burt Jones*

Wednesday, July 16, 2025

6:00 – 7:00 p.m.

***(Host & Sponsor Private Reception, 5:30 – 6:00 p.m.)***

**Marietta Country Club**
**1400 Marietta County Club Drive NW Marietta, GA 30152**

<u>Participation levels:</u>

**Hosts - $10,000**           **Patrons - $2,500**           **Sponsors - $5,000**
**Supporter - $1,000 per couple/$500 per person**

*\*All guests welcome, contributions not required to attend*

<u>Make checks payable to:</u>
**WBJ Leadership Committee, Inc. ~ P.O. Box 767 ~ Jackson, GA 30233**

## RSVP to Kendyl Parker – [kendyl@burtjonesforga.com](mailto:kendyl@burtjonesforga.com) or 912-344-7774

Contributions to WBJ Leadership Committee Inc. are not deductible as charitable contributions for state or federal income tax purposes. WBJ Leadership Committee Inc. is a Georgia non-profit corporation that is organized as a 527 political organization under the Internal Revenue Code and is created pursuant to O.C.G.A. 21-5-34.2 as a leadership WBJ Leadership Committee can accept unlimited personal, corporate, and/or PAC contributions. Georgia law requires WBJ Leadership Committee to report the name, mailing address, occupation and employer of any donor whose contributions cumulatively equal or exceed $100 in a calendar year.

Paid for by WBJ Leadership Committee, Inc.

# EXHIBIT 6

**From:** Burt Jones <[team@burtjonesleadershipcommittee.com](mailto:team@burtjonesleadershipcommittee.com)>
**Date:** July 9, 2025 at 5:47:36 PM EDT
**To:** ▉▉▉▉▉▉▉▉▉▉▉
**Subject: Bringing DOGE to Georgia**
**Reply-To:** [team@burtjonesleadershipcommittee.com](mailto:team@burtjonesleadershipcommittee.com)



Fellow Conservative, We're making headlines with Georgia's statewide DOGE plan:



Georgia is leading the charge in the fight to bring DOGE to Georgia and slash big government, **and we need YOUR voice to make it happen!**

I launched the ***Red Tape Rollback Act of 2025***, Georgia's very own DOGE (Department of Government Efficiency) plan. Here's what the Red Tape Rollback Act will do:

- Force state agencies to justify EVERY rule and regulation every four years
- Slash compliance burdens on small businesses
- Require economic impact reports for all major new rules
- Give legislators power to request Small Business Impact Analyses

This is our chance to join President Trump in his mission to drain the swamp and put hardworking Americans FIRST!

**But we can't do it without YOU. I need to know where real Georgia patriots stand on this critical issue. RESPOND NOW!**

<span style="color:red">**Do you support Burt Jones' Red Tape Rollback program?**</span>



**no**

Thank you,



Burt Jones
Lieutenant Governor

**ANSWER POLL**

PAID FOR BY
WBJ LEADERSHIP COMMITTEE,
INC.

Unsubscribe