IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRIS CARR and CARR FOR GEORGIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WBJ LEADERSHIP COMMITTEE, INC.; W. BURT JONES in his personal and official capacity as Lt. Governor of the State of Georgia; BURT JONES FOR GEORGIA, INC., <br><br> Defendants. | Civil Action File No. 1:25-CV-04426-VMC |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants WBJ Leadership Committee, Inc., W. Burt Jones in his personal and official capacity as Lt. Governor of the State of Georgia, and Burt Jones for Georgia, Inc., ("Defendants") respectfully move this Court for an order extending Defendants' time to answer or otherwise respond to Plaintiffs Chris Carr and Carr for Georgia, Inc.'s ("Plaintiffs") Complaint. In support, Defendants show the Court as follows:

1. Plaintiffs filed their Complaint on August 7, 2025. (Doc. 1.)

2. On the same day, Plaintiffs also filed an Emergency Motion for Preliminary Injunction ("Emergency Motion"). (Doc. 2.)

3. Defendants filed their Acknowledgment of Service of the Complaint and Emergency Motion on August 13, 2025, acknowledging service as of August 12, 2025. (Doc. 12.) Accordingly, pursuant to Federal Rule of Civil Procedure 12(a)–(b), Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is September 2, 2025.

4. On August 20, 2025, Plaintiffs' Emergency Motion was fully briefed. (Docs. 13, 14, 17.)

5. On August 21, 2025, the Court held a hearing on Plaintiffs' Emergency Motion. (Docs. 19, 20.)

6. The Court has not yet ruled on Plaintiffs' Emergency Motion.

7. In light of the issues raised in the briefs on Plaintiffs' Emergency Motion and during the hearing on the same, and in an effort to avoid potentially redundant briefing on issues that may be implicated by the Court's ruling on the Emergency Motion, Defendants respectfully request an extension of their deadline to answer or otherwise respond to Plaintiffs' Complaint. Defendants request that their answer or response be due one week from the entry of the Court's order granting or denying, in whole or in part, Plaintiffs' Emergency Motion.

8. This is Defendants' first request for an extension of time in this case, and it is made in good faith.

9. The extension of time will not cause any undue delay or prejudice in this case.

10. Counsel for Defendants have contacted counsel for Plaintiffs regarding this motion and counsel for Plaintiffs have given their consent to the herein motion.

11. A proposed order is attached for the Court's consideration.

Respectfully submitted this 27th day of August, 2025.

                                         */s/ Jane Ashley Ravry*
                                         Josh Belinfante (GA Bar 047399)
                                         Vincent R. Russo (GA Bar 242628)
                                         Macy McFall (GA Bar 411457)
                                         Jane Ashley Ravry (GA Bar 451038)
                                         ROBBINS ALLOY BELINFANTE
                                                    LITTLEFIELD LLC
                                         500 14th Street, N.W.
                                         Atlanta, Georgia 30318
                                         T: (678) 701-9381
                                         F: (404) 856-3255
                                         E: jbelinfante@robbinsfirm.com
                                             vrusso@robbinsfirm.com
                                             mmcfall@robbinsfirm.com
                                             jaravry@robbinsfirm.com

                                         *Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, I certify that this Motion has been prepared in Century Schoolbook, 13-point font, one of the font and point selections approved by this Court in Local Rule 5.1C.

*/s/ Jane Ashley Ravry*
Jane Ashley Ravry

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** with the Clerk of Court using the CM/ECF filing system, which automatically sent counsel of record e-mail notification of such filing.

This 27th day of August, 2025.

*/s/ Jane Ashley Ravry*
Jane Ashley Ravry
