IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRIS CARR and CARR FOR GEORGIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WBJ LEADERSHIP COMMITTEE, INC.; W. BURT JONES in his personal and official capacity as Lt. Governor of the State of Georgia; BURT JONES FOR GEORGIA, INC., <br><br> Defendants. | Civil Action File No. 1:25-CV-04426-VMC |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Having considered Defendants WBJ Leadership Committee, Inc., W. Burt Jones in his personal and official capacity as Lt. Governor of the State of Georgia, and Burt Jones for Georgia, Inc.'s, ("Defendants") Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs Chris Carr and Carr for Georgia, Inc.'s ("Plaintiffs") Complaint (Doc. 1), the motion is **GRANTED**.

IT IS HEREBY ORDERED that Defendants' answer or response to Plaintiffs' Complaint must be filed within one week of the entry of the Court's

order granting or denying, in whole or in part, Plaintiffs' Emergency Motion for Preliminary Injunction. (Doc. 2.)

    SO ORDERED this _____ day of August, 2025.

_____
Honorable Victoria M. Calvert
United States District Judge